UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD W. RANGEL,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>DWIGHT NEVEN,<br><br>　　　　　　　　Respondent. | Case No. 2:12-cv-02032-MMD-PAL<br><br>ORDER |

　　　　Petitioner Ronald W. Rangel has submitted a petition for a writ of habeas corpus (dkt. no. 1-1) and has now paid the filing fee (dkt. no. 12). He has also filed various motions, including three motions for leave to file excess pages (dkt. nos. 2, 6 and 13), two motions for appointment of counsel (dkt. nos. 3 and 5), an amended petition (dkt. no. 7), a motion for transcripts at state expense (dkt. no. 9), and two motions to amend or correct the amended petition (dkt. nos. 11 and 14), each of which includes additional grounds petitioner wishes to append to the amended petition (proposed grounds 7 and 8). Finally, petitioner moves the Court to extend his copywork limit (dkt. no. 16).

　　　　The Court will grant petitioner's Motion for Appointment of Counsel.  (Dkt. nos. 3 and 5.)  The first amended petition filed in this action, including the two proposed amendments, raises nine claims and petitioner has attached a significant volume of exhibits and supporting documentation, suggesting that it may be a relatively complex petition.  Additionally, petitioner has been sentenced to a term of ten to twenty-five years as a habitual criminal on the original charge of burglary.  Finally, based on the

documents prepared and filed by petitioner, it appears that the assistance of counsel will benefit both petitioner and the Court.

Therefore, the Federal Public Defender for the District of Nevada (FPD) shall be appointed to represent petitioner. If the FPD is unable to represent petitioner, due to a conflict of interest or other reason, then alternate counsel for petitioner shall be located, and the Court will enter a separate order appointing such alternate counsel. In either case, counsel will represent petitioner in all future federal proceedings relating to this matter (including subsequent actions) and appeals therefrom, unless allowed to withdraw.

The remaining motions shall be denied as moot.

IT IS THEREFORE ORDERED that petitioner's Motion for Appointment of Counsel (dkt. nos. 3 and 5) are GRANTED. The Federal Public Defender is appointed to represent Petitioner.

IT IS FURTHER ORDERED that the Clerk shall ELECTRONICALLY SERVE the Federal Public Defender for the District of Nevada (FPD) a copy of this Order, together with a copy of the first amended petition for writ of habeas corpus and its attachments (dkt. no. 7) and the proposed amendments (dkt. nos. 11 and 14). The FPD shall have thirty (30) days from the date of entry of this Order to file a notice of appearance or to indicate to the Court its inability to represent petitioner in these proceedings.

IT IS FURTHER ORDERED that, after counsel has appeared for petitioner in this case, the Court will issue a scheduling order, which will, among other things, set a deadline for the filing of a Second Amended Petition.

IT IS FURTHER ORDERED that all other pending motions are DENIED as moot.

DATED THIS 25th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE