UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD W. RANGEL,<br><br>        Petitioner,<br><br>    v.<br><br>DWIGHT NEVEN,<br><br>        Respondent. | Case No. 2:12-cv-02032-MMD-PAL<br><br>ORDER |

In this habeas corpus action, counsel appeared on behalf of petitioner (dkt. no. 18) on February 25, 2012.  Petitioner's counsel is Ryan Norwood, Assistant Federal Public Defender, 411 E. Bonneville Ave., Las Vegas, Nevada, 89101, 702-388-6577.  Respondents have not been served or filed an appearance.  They will be served with this order and a copy of the original petition.  An appearance by respondents will be required within ten (10) days.

The Court will set a schedule for further proceedings in this action.

IT IS THEREFORE ORDERED that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

IT IS FURTHER ORDERED that petitioner shall have ninety (90) days, to file and serve a Second Amended Petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted).

IT IS FURTHER ORDERED that the Clerk shall electronically serve respondents with a copy of the Amended Petition (dkt. no. 7) and this Order.  Respondents shall have ten (10) days to file a notice of appearance and thirty (30) days after service of an amended petition within which to answer, or otherwise respond to, the amended petition.  If petitioner does not file an amended petition, respondents shall have thirty (30) days from the date on which the second amended petition is due within which to answer, or otherwise respond to, petitioner's original amended petition (dkt. no. 7).

IT IS FURTHER ORDERED that if and when respondents file an answer, petitioner shall have thirty (30) days after service of the answer to file and serve a reply.

IT IS FURTHER ORDERED that counsel for respondents shall make available to counsel for petitioner (photocopying costs at the latter's expense), as soon as reasonably possible, copies of whatever portions of the state court record they possess regarding the judgment petitioner is challenging in this case.

IT IS FURTHER ORDERED that any state court record exhibits filed by the parties herein shall be filed with a separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments that are filed shall further be identified by the number or numbers (or letter or letters) of the exhibits in the attachment.  The hard copy of any additional state court record exhibits shall be forwarded – for this case – to the staff attorneys in Reno.

DATED THIS 26th day of February 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE